E-FILED  2021 JAN 27 2:41 PM POLK - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| MIRANDA NICOLAI,<br><br>Plaintiff,<br><br>vs.<br><br>LUKE HASTIE; CHAD NICOLINO; DANA WINGERT; and CITY OF DES MOINES, IOWA,<br><br>Defendants. | Case No. LACL149520<br><br>ACCEPTANCE OF SERVICE |

_John O. Haraldson_ accepts service on behalf of Defendants Luke Hastie, Chad Nicolino, Dana Wingert, and the City of Des Moines, Iowa on _January 27, 2021_.

### CERTIFICATE OF SERVICE

I hereby certify that on ___1/27/2021___, I electronically filed the foregoing with the Polk County Clerk of Court using the Iowa Courts E-Filing system which will provide notification of such filing to all counsel of record.

_____
Signature

**EXHIBIT B**