UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF IOWA
(CENTRAL DIVISION)

| | |
|---|---|
| MIRANDA NICOLAI,<br><br>Plaintiff,<br><br>vs.<br><br>LUKE HASTIE; CHAD NICOLINO; DANA WINGERT, and CITY OF DES MOINES,<br><br>Defendants. | Case No. 4:21-cv-00038<br><br><br>ANSWER AND AFFIRMATIVE DEFENSES |

**COME NOW** Defendants and in and provides the following Answer to the Plaintiff's Petition provide the following responses and Affirmative Defenses:

## PARTIES

1. Defendants can neither admit nor deny Paragraph 1 of the Petition.

2. Admit.

3. Admit.

4. Admit.

5. Admit.

## JURISDICTION AND VENUE

6. Admitted, but now irrelevant.

7. Admitted, but now irrelevant.

8. Defendants can neither admit nor deny Paragraph 8 of the Plaintiff's Petition.

## GENERAL FACTUAL ALLEGATIONS

9. This is not a statement of fact but an opinion, notwithstanding denied to the extent this statement is applied to the Des Moines Police Department or the named Defendants.

1

10. This is not a statement of fact but an opinion, notwithstanding denied to the extent this statement is applied to the Des Moines Police Department or the named Defendants.

11. Admitted.

12. Admitted.

13. Defendants can neither admit nor deny Paragraph 13 of the Petition.

14. Defendants can neither admit nor deny Paragraph 14 of the Petition.

15. Denied.

16. Denied.

17. Admitted in part in that some law enforcement officers were in such apparel, but not all were, nor were all individuals present with law enforcement, Des Moines Police Officers.

18. Denied.

19. Defendants can neither admit nor deny Paragraph 19 of the Petition.

20. Denied.

21. Denied.

22. Defendants can neither admit nor deny Paragraph 22 of the Petition.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Defendants can neither admit nor deny Paragraph 27 of the Petition, nor were all law enforcement officers present on that evening Des Moines Police Officers.

28. Denied.

29. Denied.

30. Defendants can neither admit nor deny Paragraph 30 of the Petition.

31. Denied.

32. Defendants can neither admit nor deny Paragraph 32 of the Petition.

33. Denied.

34. Denied.

35. Denied.

36. Defendants can neither admit nor deny Paragraph 36 at this time.

37. Denied.

38. Denied.

39. Denied.

40. Defendants can neither admit nor deny Paragraph 40 of the Petition.

41. Denied.

42. Defendants can neither admit nor deny Paragraph 42 at this time.

43. Defendants can neither admit nor deny Paragraph 43 of the Petition.

44. Defendants can neither admit nor deny Paragraph 44 of the Petition, further the Des Moines Police Department and the City of Des Moines do not control the Polk County Jail.

45. Denied.

46. Denied.

47. Defendants can neither admit nor deny Paragraph 47 of the Petition at this time, further not all law enforcement officers present were necessarily Des Moines Police Officers.

48. Denied.

49. Objection as argumentative, notwithstanding said objection, admitted as no officer has been charged, nor should they have been.

50. Denied.

51. Objection as argumentative, notwithstanding said objection no officer made such a report.

52. Defendants can neither admit nor deny Paragraph 52 of the Petition.

53. Defendants can neither admit nor deny Paragraph 53 of the Petition.

54. Defendants can neither admit nor deny Paragraph 54 of the Petition.

55. Defendants can neither admit nor deny Paragraph 55 of the Petition.

56. Denied, further named defendants did not make charging decisions but were directed by the Polk County Attorney's Office.

57. Denied, further irrelevant and did not include named defendants.

58. Defendants can neither admit nor deny Paragraph 58 of the Petition.

59. Defendants deny the initial statement as speculative but admit that the charges lodged against the Plaintiff on June 1, 2020 are accurate.

60. Admitted.

61. Admitted in part, denied in part as not all of the request was granted.

62. Defendants can neither admit nor deny Paragraph 62 of the Petition, further this is not the responsibility of the City of Des Moines but of the Polk County Attorney's Office.

63. Admitted.

64. Defendants can neither admit nor deny Paragraph 64 of the Petition, further this is not the responsibility of the City of Des Moines, but the Polk County Attorney's Office.

65. Defendants can neither admit nor deny Paragraph 65 of the Petition, further this is not the responsibility of the City of Des Moines, but the Polk County Attorney's Office.

66. Denied.

67. Defendants can neither admit nor deny Paragraph 67 of the Petition.

68. Denied.

69. Denied.

70. Denied.

71. Denied.

72. Denied.

73. Denied.

74. Denied.

75. Denied.

76. Denied.

77. Denied.

78. Denied.

79. Denied.

80. Denied as argumentative, admit officers arrested three individuals near Blazing Saddle after several orders to disburse.

81. Denied.

82. Denied as to these being the only permissible uses of OC spray, nor does the cited case so hold.

83. Denied, the plaintiff's alleged interpretation misstates the cited case.

84. Admitted.

85. Admitted.

86. Admitted as long as the officer is position should have known that their conduct violated clearly established constitutional rights by following said order.

## CAUSES OF ACTION

### COUNT 1 – Illegal Seizure Fourth Amendment

87. Defendants can neither admit nor deny this paragraph.

88. Denied.

89. Denied.

90. Denied.

91. Denied.

WHEREFORE, the Defendants pray for judgment against the plaintiff and an entry of costs against Plaintiff upon this count.

### COUNT 2 – Illegal Seizure Iowa Constitution

92. Defendants can neither admit nor deny this paragraph.

93. Denied.

94. Denied.

95. Denied.

96. Denied.

97. Denied.

WHEREFORE, the Defendants pray for judgment against the plaintiff and an entry of costs against Plaintiff upon this count.

### COUNT 3 – Excessive Force – Fourth Amendment

98. Defendants can neither admit nor deny this paragraph.

99. Denied.

100. Denied.

101. Denied.

102. Denied.

103. Denied.

WHEREFORE, the Defendants pray for judgment against the plaintiff and an entry of costs against Plaintiff upon this count.

### COUNT 4 – Excessive Force – Iowa Constitution

104. Defendants can neither admit nor deny this paragraph.

105. Denied.

106. Denied.

107. Denied.

108. Denied.

109. Denied.

WHEREFORE, the Defendants pray for judgment against the plaintiff and an entry of costs against Plaintiff upon this count.

### COUNT 5 – Retaliation for First Amendment

110. Defendants can neither admit nor deny this paragraph.

111. Defendants can neither admit nor deny this paragraph for lack of information.

112. Denied.

113. Denied.

114. Denied.

115. Denied.

116. Denied.

117. Denied.

118. Denied.

WHEREFORE, the Defendants pray for judgment against the plaintiff and an entry of costs against Plaintiff upon this count.

### COUNT 6 –Retaliation Iowa Constitution Art. 1, §7

119. Defendants can neither admit nor deny this paragraph.

120. Defendants can neither admit nor deny this paragraph for lack of information.

121. Denied.

122. Denied.

123. Denied.

124. Denied.

125. Denied.

126. Denied.

127. Denied.

128. Denied.

WHEREFORE, the Defendants pray for judgment against the plaintiff and an entry of costs against Plaintiff upon this count.

### COUNT 7 – Deliberately Indifferent Police, Practices, Customs, Training and Supervision under the Federal Constitution

129. Defendants can neither admit nor deny this paragraph.

130. Admitted.

131. Admitted.

132. Admitted.

133. Admitted.

134. Denied.

135. Denied.

136. Denied.

137. Denied.

138. Denied.

139. Denied.

WHEREFORE, the Defendants pray for judgment against the plaintiff and an entry of costs against Plaintiff upon this count.

**COUNT 8 – Deliberately Indifferent Police, Practices, Customs, Training and Supervision under the Iowa Constitution**

140. Defendants can neither admit nor deny this paragraph.

141. Admitted.

142. Admitted.

143. Admitted.

144. Denied.

145. Denied.

146. Denied.

147. Denied.

148. Denied.

149. Denied.

150. Denied.

WHEREFORE, the Defendants pray for judgment against the plaintiff and an entry of costs against Plaintiff upon this count.

### COUNT 9 – Intentional Infliction of Emotional Distress

151. Defendants can neither admit nor deny this paragraph.

152. Denied.

153. Denied.

154. Denied.

155. Denied.

156. Denied.

157. Denied.

WHEREFORE, the Defendants pray for judgment against the plaintiff and an entry of costs against Plaintiff upon this count.

### COUNT 10 – Malicious Prosecution

158. Defendants can neither admit nor deny this paragraph.

159. Admitted.

160. Admitted.

161. Denied.

162. Denied.

163. Denied.

164. Denied.

WHEREFORE, the Defendants pray for judgment against the plaintiff and an entry of costs against Plaintiff upon this count.

### COUNT 11 – False Arrest/Imprisonment

165. Defendants can neither admit nor deny this paragraph.

166. Admitted.

167. Denied.

168. Denied.

WHEREFORE, the Defendants pray for judgment against the plaintiff and an entry of costs against Plaintiff upon this count.

## COUNT 12 – Libel

169. Defendants can neither admit nor deny this paragraph.

170. Denied.

171. Denied.

172. Denied.

173. Denied.

174. Denied.

WHEREFORE, the Defendants pray for judgment against the plaintiff and an entry of costs against Plaintiff upon this count.

## COUNT 13 – Assault and Battery

175. Defendants can neither admit nor deny this paragraph.

176. Denied.

177. Denied.

178. Denied.

179. Denied.

WHEREFORE, the Defendants pray for judgment against the plaintiff and an entry of costs against Plaintiff upon this count.

## AFFIRMATIVE DEFENSES

COMES NOW, the Defendants and state the following affirmative defenses:

1. The Plaintiff fails to state a claim upon which relief can be granted.

2. All named Defendants have qualified immunity from suit under the Federal Constitution as their actions were reasonable from their perspective at the time and/or in good faith and/or did not violate well-settled law.

3. The Defendants are immune pursuant to Iowa Code Chapter 670.

4. The individually named Defendants did not detain, handcuff, or arrest the Plaintiff nor were they present at the time this occurred.

5. The Defendants had reasonable suspicion and/or probable cause to suspect the plaintiffs were engaged in criminal activity in reliance of reports by other law enforcement officers.

6. Defendant City of Des Moines cannot be found liable for punitive damages.

7. The individual defendants did not act recklessly, maliciously nor willfully in violation of the Plaintiff's rights.

8. The Plaintiffs will not be able to establish the City of Des Moines had a custom, policy or practice that violated the Plaintiff's or any citizen's constitutional rights in regard to the issues asserted in Plaintiff's Complaint.

9. The Plaintiffs will not be able to establish of a pervasive pattern of unconstitutional conduct on the part of the City of Des Moines in the hiring and/or retention nor training of police officers or in regard to any other matter asserted in his Complaint.

10. The Defendants reserve the right to supplement their affirmative defenses as discovery continues in this case.

Respectfully submitted,

*/s/ John O. Haraldson*

        John O. Haraldson    AT0003231
        Assistant City Attorney
        City Hall, 400 Robert D. Ray Dr.
        Des Moines, IA  50309-1891
        Telephone:  (515) 283-4072
        Facsimile:  (515) 237-1748
        E-mail:  JOHaraldson@dmgov.org

        ATTORNEY FOR DEFENDANTS

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 9, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and a true copy of the foregoing was electronically sent via the Clerk of Court and plaintiffs' counsel.

        */s/ John O. Haraldson*
        John O. Haraldson
        Assistant City Attorney