IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| Miranda Nicolai,<br><br>    Plaintiff,<br><br>v.<br><br>Luke Hastie, Chad Nicolino, Dana Wingert and City of Des Moines, IA,<br><br>    Defendant(s). | Case No.: 4:21-cv-00038<br><br>Stipulation of Dismissal and Proposed Order of Dismissal Without Prejudice |

    Plaintiff Miranda Nicolai and Defendants Luke Hastie, Chad Nicolino, Dana Wingert and City of Des Moines, IA, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to dismissal of Plaintiff's claims without prejudice.

DATED: October 5, 2021

By _____
Rob Conklin
Attorney for Plaintiff Miranda Nicolai

DATED: October 5, 2021

By _____
Luke DeSmet
Attorney for Defendants Hastie, Nicolino, Wingert, and City of Des Moines